

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-15-00317-CV

Austin **HELMLE** and Harriet Marmon Helmle,
Appellants

v.

Thomas A. **LAURIN**, individually, Thomas A. Laurin Companies, Elegant Country Homes and
Elegant Country Homes, Inc.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 09-315CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On June 3, 2015, the court reporter filed a notification of late record stating the reporter's record has not been filed because appellant failed to provide proper notice to the reporter of the appeal and failed to pay or make arrangements to pay the reporter's fee for preparing the record. The court reporter also states appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court